HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAGDALENA PANKOW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAGDALENA PANKOW,<br><br>Defendant. | CASE NO.  1:24-CR-00093-JAM-BAM<br><br>**STIPULATION REGARDING MODIFICATIONS OF CONDITIONS OF RELEASE** |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record have agreed on the following:

1.	The parties appeared for a hearing on Ms. Pankow's motion to modify the conditions of her release on July 30 and 31, 2024.  With the support of Pretrial Services, the defendant has requested that the condition of location monitoring and curfew be removed and that she be permitted to travel to the district of Connecticut for purposes of employment.  She wishes to pursue employment with Euro Homecare LLC in Plainville, Connecticut because she previously worked for that company.

2.	The parties agree that Ms. Pankow's location monitoring and curfew condition may be removed.

3.	The prospective employer Euro Homecare LLC is willing and able to conduct interviews by FaceTime for possible placement of the defendant with clients.  This will save the defendant the costs

1

of travel and temporary housing in Connecticut.

    4.    Should the defendant secure employment through Euro Homecare LLC in Plainville, Connecticut she will provide relevant Pretrial Services officers with that information. Once that information and her proposed residence are verified, if the defendant's courtesy supervision in the District of Connecticut is accepted, the government will not object to her requests to relocate.

    5.    All other previously ordered conditions would remain in full force and effect.

Respectfully Submitted,

DATED: August 2, 2024

*/s/ Christina Corcoran*
CHRISTINA M. CORCORAN
Counsel for Magdalena Pankow

DATED: August 4, 2024

*/s/ David Gappa*
DAVID L. GAPPA
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **August 5, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2