HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAGDALENA PANKOW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00093-JAM-BAM |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| v. | |
| MAGDALENA PANKOW, | |
| Defendant. | |

Magdalena Pankow, by and through her counsel of record, respectfully requests that this Court modify her conditions of pretrial release to allow her access to Pretrial service's counseling services. Ms. Pankow has been in compliance with the terms and conditions of her pretrial supervision, but she has requested additional support with her mental health.  Undersigned counsel has been in communication with Pretrial Services and government counsel, both of whom have no objection to this request.

Accordingly, Ms. Pankow requests that this Court add the following condition of her pretrial release: "You must participate in a program of medical or psychiatric treatment, or individual specialized treatment, as determined by the pretrial services officer.  You must pay all or part of the costs of counseling services based on your ability to pay, as determined by the pretrial services officer."

///

1

                                      Respectfully Submitted,

DATED: October 8. 2025                   */s/ Christina Corcoran*
                                      CHRISTINA M. CORCORAN
                                      Counsel for Magdalena Pankow

DATED: October 8, 2025                   */s/ David Gappa*
                                      DAVID L. GAPPA
                                      Assistant United States Attorney

## **ORDER**

      The Court hereby modifies the Order Setting Conditions of Pretrial Release for Magdalena Pankow [Dkt. # 9] to add the following condition: "You must participate in a program of medical or psychiatric treatment, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of counseling services based on your ability to pay, as determined by the pretrial services officer." All other conditions, except for condition 7(a), which was previously removed, remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge